Laura R. Jacobsen, Esq. (NV Bar No. 13699)
McDONALD CARANO LLP
100 W. Liberty Street, Tenth Floor
Reno, Nevada 89501
Telephone: 775-788-2000
Facsimile: 775-788-2020
ljacobsen@mcdonaldcarano.com

Jason C. McKenney, Esq. (TX Bar No. 24070245)
Kim Kearns, Esq. (TX Bar No. 24071217)
Mavish Bana, Esq. (TX Bar No. 24096653)
*Admitted Pro Hac Vice*
MAYER LLP
750 N. Saint Paul Street, Suite 700
Dallas, Texas 75201
Telephone: 214-379-6288
Facsimile: 214-379-6369
jmckenney@mayerllp.com
kkearns@mayerllp.com
mbana@mayerllp.com

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MST MANAGEMENT LLC; DENDARY'S DONUTS, LLC; LYON & GREYBEAR LENDING, LLC; and SKYELEE, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>CHICAGO DOUGHNUT FRANCHISE COMPANY, LLC; DIVERSIFIED FRANCHISE GROUP, INC., BRIAN PAPPAS; JEFFREY PAPPAS; JACQUELINE BALL; MARK PUBLICOVER; MONTIEDELL "MONTY" MAPLE; BRYAN MORELLE; MARC FREEMAN; RIC McKOWN; and STEVEN MOULTON,<br><br>Defendants. | Case No. 2:21-cv-00360-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR CERTAIN DEFENDANTS TO RESPOND TO THE CLASS ACTION COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiffs MST Management LLC, Dendary's Donuts, LLC, Lyon & Greybear Lending, LLC and Skyelee, LLC ("Plaintiffs") by and through their undersigned counsel, and Defendants Mark Publicover, Steven Moulton, Chicago Doughnut Franchise Company, LLC, Diversified Franchise Group, Inc., Marc Freeman, Montiedell "Monty" Maple, Bryan Morelle, and Ric

McKown (collectively referred to as "Defendants"), by and through their undersigned counsel for purposes of this stipulation, stipulate to extend the deadline for Defendants to answer or otherwise respond to the Class Action Complaint (ECF No. 1) to and including May 3, 2021.  The parties further stipulate that Plaintiffs deadline to respond to any of the Defendants' response to the Class Action Complaint be extended 35 days after Defendants' answer or response up to and including June 7, 2021.

This is the parties' first request to extend this deadline as the Defendants require additional time to review the claims and investigate the facts. The undersigned hereby certify that this request is not made for the purpose of delay.

Dated: March __31__, 2021

McDONALD CARANO LLP

By: __/s/ Laura R. Jacobsen__
Laura R. Jacobsen, Esq. (NV Bar No. 13699)
100 W. Liberty Street, 10th Floor
Reno, Nevada 89501
ljacobsen@mcdonaldcarano.com

MAYER LLP
Jason C. McKenney, Esq. (TX Bar No.24070245)
Kim Kearns, Esq. (TX Bar No. 24071217)
Mavish Bana, Esq. (TX Bar No. 24096653)
750 N. Saint Paul Street, Suite 700
Dallas, Texas 75201
jmckenney@mayerllp.com
kkearns@mayerllp.com
mbana@mayerllp.com

*Attorneys for Plaintiffs*

Dated: March __31__, 2021

CONNOR KUDLAC LEE PLLC

By: __/s/ Cabrach Connor__
Cabrach Connor (TX Bar No.24036390)
*Pro Hac Vice Application Forthcoming*
609 Castle Ridge Road, Suite 450
Austin, Texas 78746
cab@connorkudlaclee.com

*Attorney for Defendants*
CHICAGO DOUGHNUT FRANCHISE COMPANY, LLC, DIVERSIFIED FRANCHISE GROUP, INC., MARK PUBLICOVER, MONTIEDELL "MONTY" MAPLE, BRYAN MORELLE, MARC FREEMAN, RIC McKOWN and STEVEN MOULTON

**IT IS SO ORDERED.**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: April 1, 2021