Laura R. Jacobsen, Esq. (NV Bar No. 13699)
McDONALD CARANO LLP
100 W. Liberty Street, Tenth Floor
Reno, Nevada 89501
Telephone: 775-788-2000
Facsimile: 775-788-2020
ljacobsen@mcdonaldcarano.com

Jason C. McKenney, Esq. (TX Bar No. 24070245)
Kim Kearns, Esq. (TX Bar No. 24071217)
Mavish Bana, Esq. (TX Bar No. 24096653)
*Admitted Pro Hac Vice*
MAYER LLP
750 N. Saint Paul Street, Suite 700
Dallas, Texas 75201
Telephone: 214-379-6288
Facsimile: 214-379-6369
jmckenney@mayerllp.com
kkearns@mayerllp.com
mbana@mayerllp.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MST MANAGEMENT LLC; DENDARY'S DONUTS, LLC; LYON & GREYBEAR LENDING, LLC; and SKYELEE, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>CHICAGO DOUGHNUT FRANCHISE COMPANY, LLC; DIVERSIFIED FRANCHISE GROUP, INC., BRIAN PAPPAS; JEFFREY PAPPAS; JACQUELINE BALL; MARK PUBLICOVER; MONTIEDELL "MONTY" MAPLE; BRYAN MORELLE; MARC FREEMAN; RIC McKOWN; and STEVEN MOULTON,<br><br>Defendants. | Case No. 2:21-cv-00360-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR CERTAIN DEFENDANTS TO RESPOND TO THE CLASS ACTION COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiffs MST Management LLC, Dendary's Donuts, LLC, Lyon & Greybear Lending, LLC and Skyelee, LLC ("Plaintiffs") by and through their undersigned counsel, and Defendants Jeffrey Pappas, Brian Pappas and Jacqueline Ball (collectively referred to as "Defendants"), by and through their undersigned counsel for purposes of this stipulation, stipulate to extend the

deadline for Defendants to answer the Class Action Complaint (ECF No. 1) to and including May 6, 2021.

This is the parties' first request to extend this deadline as the Defendants require additional time to review the claims and investigate the facts. The undersigned hereby certify that this request is not made for the purpose of delay.

| | |
|---|---|
| Dated: April __7__, 2021 | Dated: April __7__, 2021 |
| McDONALD CARANO LLP | MUSHKIN & COPPEDGE |
| By: /s/ *Laura R. Jacobsen* <br> Laura R. Jacobsen, Esq. (NV Bar No. 13699) <br> 100 W. Liberty Street, 10th Floor <br> Reno, Nevada 89501 <br> ljacobsen@mcdonaldcarano.com | By: /s/ *L. Joe Coppedge* <br> L. Joe Coppedge (NV Bar No. 4954) <br> 6070 S. Eastern Ave., Suite 270 <br> Las Vegas, Nevada 89119 <br> jcoppedge@mccnvlaw.com |
| MAYER LLP <br> Jason C. McKenney, Esq. (TX Bar No.24070245) <br> Kim Kearns, Esq. (TX Bar No. 24071217) <br> Mavish Bana, Esq. (TX Bar No. 24096653) <br> 750 N. Saint Paul Street, Suite 700 <br> Dallas, Texas 75201 <br> jmckenney@mayerllp.com <br> kkearns@mayerllp.com <br> mbana@mayerllp.com | *Attorney for Defendants Jeffrey Pappas, Brian Pappas and Jacqueline Ball* |
| *Attorneys for Plaintiffs* | |

**IT IS SO ORDERED.**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED:  April 8, 2021

4816-9237-3988, v. 1