Michael A. Royal, Esq., Nevada Bar No. 4370
Gregory A. Miles, Esq., Nevada Bar No. 4336
**ROYAL & MILES LLP**
1522 W Warm Springs Road
Henderson, NV 89014
Telephone: (702) 471-6777
Facsimile: (702) 531-6777
mroyal@royalmileslaw.com
gmiles@royalmileslaw.com

Cabrach J. Connor, Texas Bar No. 24036390
*Admitted Pro Hac Vice*
Jennifer Tatum Lee, Texas Bar No. 24046950
*Admitted Pro Hac Vice*
John M. Shumaker, Texas Bar No. 24033069
*Admitted Pro Hac Vice*
**CONNOR KUDLAC LEE PLLC**
609 Castle Ridge Road, Suite 450
Austin, Texas 78746
cab@connorkudlaclee.com
jennifer@connorkudlaclee.com
john@connorkudlaclee.com
*Attorneys for Defendants Mark Publicover, Montiedell "Monty" Maple, Bryan Morelle, Marc Freeman, Ric McKown and Steven Moulton*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MST MANAGEMENT LLC; DENDARY'S DONUTS, LLC; LYON & GREYBEAR LENDING, LLC; and SKYELEE, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>CHICAGO DOUGHNUT FRANCHISE COMPANY, LLC; DIVERSIFIED FRANCHISE GROUP, INC., BRIAN PAPPAS; JEFFREY PAPPAS; JACQUELINE BALL; MARK PUBLICOVER; MONTIEDELL "MONTY" MAPLE; BRYAN MORELLE; MARC FREEMAN; RIC McKOWN; and STEVEN MOULTON,<br><br>Defendants. | Case No: 2:21-cv-00360-JAD-DJA<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS (EXCEPT CHICAGO DOUGHNUT FRANCHISE COMPANY, LLC) TO FILE THEIR REPLY TO PLAINTIFFS' RESPONSES TO DEFENDANTS' MOTIONS TO DISMISS**<br><br>**(FIRST REQUEST)**<br><br>[ECF No. 55] |

1. Plaintiffs MST Management LLC, Dendary's Donuts, LLC, Lyon & Greybear Lending, LLC and Skyelee, LLC ("Plaintiffs") by and through their undersigned counsel, and Defendants Mark Publicover, Steven Moulton, Diversified Franchise Group, Inc., Marc Freeman, Montiedell "Monty" Maple, Bryan Morelle, Ric McKown, Jeffrey Pappas, Brian Pappas and Jacqueline Ball (collectively referred to as "Defendants"), by and through their undersigned counsel, stipulate to extend the deadline for Defendants to file their replies to Plaintiffs' Responses (ECF No. 48, 52, 53 filed on June 7, 2021) to Defendants' Motions to Dismiss (ECF Nos. 29, 34, 40) up to and including **June 24, 2021**.

This is the parties' first request to extend this deadline as the Defendants require additional time to file their replies. The undersigned hereby certify that this request is not made for the purpose of delay.

Dated: June 10, 2021

**MAYER LLP**

By: */s/ Jason C. McKenney*
MAYER LLP
Jason C. McKenney, Esq. (TX Bar No.24070245)
Kim Kearns, Esq. (TX Bar No. 24071217)
Mavish Bana, Esq. (TX Bar No. 24096653)
750 N. Saint Paul Street, Suite 700
Dallas, Texas 75201
jmckenney@mayerllp.com
kkearns@mayerllp.com
mbana@mayerllp.com

Rory T. Kay
Nevada Bar No. 12416
Tara U. Teegarden
Nevada Bar No. 15344
McDONALD CARANO LLP
100 W. Liberty Street, 10th Floor
Reno, Nevada 89501

*Attorneys for Plaintiffs*

Dated: June 10, 2021

**CONNOR KUDLAC LEE PLLC**

By: */s/ Cabrach J. Connor*
Cabrach J. Connor, Texas Bar No. 24036390
*Admitted Pro Hac Vice*
Jennifer Tatum Lee, Texas Bar No. 24046950
*Admitted Pro Hac Vice*
John M. Shumaker, Texas Bar No. 24033069
*Admitted Pro Hac Vice*
Connor Kudlac Lee PLLC
609 Castle Ridge Road, Suite 450
Austin, Texas 78746

Michael A. Royal, Esq.
Nevada Bar No. 4370
Gregory A. Miles, Esq.
Nevada Bar No. 4336
Royal & Miles, LLP
1522 W Warm Springs Road
Henderson, NV 89014

*Attorneys for Defendants Mark Publicover; Monitedell "Monty" Maple; Bryan Morelle; Marc Freeman; Ric McKown; and Steven Moulton*

**MUSHKIN & COPPEDGE**

By: */s/ Joe Coppedge*
Michael R. Mushkin, Esq.
Nevada Bar 2421
L. Joe Coppedge, Esq.
Nevada Bar No. 4954
6070 South Eastern Ave., Ste. 270
Las Vegas, NV 89119

*Attorneys for Defendants*
*Brian Pappas, Jeffrey Pappas and Jacqueline Ball*

**WILDE & ASSOCIATES, LLC**

By: */s/ Gregory Wilde*
Gregory L. Wilde, Esq.
Nevada Bar No. 4417
1731 Village Center Cr.
Las Vegas, NV 89134

*Attorney for Defendant*
*Diversified Franchise Group, Inc.*

Based on the parties' stipulation [ECF No. 55] and good cause appearing, IT IS HEREBY ORDERED that defendants' (except Chicago Donut Franchise Company, LLC) deadline to file any reply in support of their dismissal motions is **EXTENDED to June 24, 2021.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 14, 2021