Rory T. Kay, Esq. (NSBN 12416)
Tara U. Teegarden, Esq. (NSBN 15344)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: 702-873-4100
Facsimile: 702-873-9966
rkay@mcdonaldcarano.com

Jason C. McKenney, Esq. (TX Bar No. 24070245)
Kim Kerns, Esq. (TX Bar No. 24071217)
Mavish Bana, Esq. (TX Bar No. 24096653)
*Pro Hac Vice Applications Granted*
MAYER LLP
750 N. Saint Paul Street, Suite 700
Dallas, Texas 75201
Telephone: 214-379-6288
Facsimile: 214-379-6369
jmckenney@mayerllp.com
kkearns@mayerllp.com
mbana@mayerllp.com

*Attorneys for Putative Class Representative Plaintiffs*
*MST Management LLC, Dendary's Donut's, LLC,*
*and Skyelee, LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MST MANAGEMENT LLC; DENDARY'S DONUTS, LLC; LYON & GREYBEAR LENDING, LLC; and SKYLEE, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>CHICAGO DOUGHNUT FRANCHISE COMPANY, LLC; DIVERSIFIED FRANCHISE GROUP, INC., BRIAN PAPPAS; JEFFREY PAPPPAS; JACQUELINE BALL; MARK PUBLICOVER; MONTIEDELL "MONTY" MAPLE; BRYAN MORELLE; MARC FREEMAN; RIC McKOWN; and STEVEN MOULTON,<br><br>Defendants. | Case No. 2:21-cv-00360 -JAD-DJA<br><br>**JOINT STIPULATION TO EXTEND PLAINTIFFS' DEADLINE TO FILE REPLY TO PLAINTIFFS' MOTION TO ADOPT ESI PROTOCOL AND MOTION TO COMPEL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE [ECF NOS. 76, 82, AND 83]**<br><br>**(FIRST REQUEST)** |

Plaintiffs MST Management LLC, Dendary's Donutes, LLC, Lyon & Greybear Lending, LLC and Skylee, LLC ("Plainitffs"); Defendants Brian Pappas, Jeffrey Pappas, Jacqueline Ball

1

("Pappas Defendants"); and Mark Publicover, Monty Maple, Bryan Morelle, Marc Freeman, Ric McKown, and Steven Moulton ("PMMFMM Defendants") agree to extend Plaintiffs' deadline to file their Reply to Plaintiffs' Motion to Adopt ESI Protocol and Motion To Compel Pursuant To Federal Rules Of Civil Procedure [ECF Nos. 76, 82, and 83] from October 26, 2021 to October 29, 2021. Due to the complex nature of the pleadings and filings and multitude of exhibits, parties believe there is good cause to allow Plaintiffs an additional three (3) days to reply to the same. This extension is not sought for delay, but so that justice can be done.

| | |
|---|---|
| DATED: October 22, 2021 | DATED: October 22, 2021 |
| MAYER LLP | CONNOR KUDLAC LEE PLLC |
| By: /s/ *Jason C. McKenney* <br> Jason C. McKenney, Esq. <br> (TX Bar No. 24070245) <br> Kim Kearns, Esq. <br> (TX Bar No. 24071217) <br> Mavish Bana, Esq. <br> (TX Bar No. 24096653) <br> 750 N. Saint Paul Street, Suite 700 <br> Dallas, Texas 75201 <br><br> Rory T. Kay, Esq. (NSBN 12416) <br> Tara U. Teegarden, Esq. (NSBN 15344) <br> MCDONALD CARANO LLP <br> 2300 W. Sahara Ave., Suite 1200 <br> Las Vegas, Nevada 89102 <br> *Attorneys for Plaintiffs* | By: /s/ *Cabrach Conner* <br> Cabrach Conner (TX Bar No. 24036390) <br> 609 Castle Ridge Road, Suite 450 <br> Austin, Texas 78746 <br><br> Michael A. Royal, Esq. (NSBN 4370) <br> Gregory A. Miles, Esq. (NSBN 4336) <br> ROYAL & MILES LLP <br> 1522 W Warm Springs Road <br> Henderson, NV 89014 <br><br> *Attorneys for PMMFMM Defendants* |

DATED: October 22, 2021

MUSHKIN & COPPEDGE

By: /s/ *L. Joe Coppedge*
L. Joe Coppedge (NSBN 4954)
6070 S. Eastern Ave., Suite 270
Las Vegas, Nevada 89119
*Attorneys for Pappas Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 25, 2021