Rory T. Kay, Esq. (NSBN 12416)
Tara U. Teegarden, Esq. (NSBN 15344)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com
tteegarden@mcdonaldcarano.com

Zach Meyer, Esq. (TX Bar No. 24013118)
(Oklahoma Bar No. 21757)
Jason C. McKenney, Esq. (TX Bar No. 24070245)
Kimberly H. Kerns, Esq. (TX Bar No. 24071217)
Mavish Bana, Esq. (TX Bar No. 24096653)
*Pro Hac Vice Applications Granted*
MAYER LLP
750 N. Saint Paul Street, Suite 700
Dallas, Texas 75201
Telephone: 214-379-6288
Facsimile: 214-379-6369
zmayer@mayerllp.com
jmckenney@mayerllp.com
kkearnd@mayerllp.com
mbana@mayerllp.com

*Attorneys for Putative Class Representative Plaintiffs
MST Management LLC, Dendary's Donut's, LLC,
Lyon Greybear Lending, LLC, and Skyelee, LLC*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MST MANAGEMENT LLC; DENDARY'S DONUTS, LLC; LYON & GREYBEAR LENDING, LLC; and SKYELEE, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>CHICAGO DOUGHNUT FRANCHISE COMPANY, LLC; DIVERSIFIED FRANCHISE GROUP, INC., BRIAN PAPPAS; JEFFREY PAPPAS; JACQUELINE BALL; MARK PUBLICOVER; MONTIEDELL "MONTY" MAPLE; BRYAN MORELLE; MARC FREEMAN; RIC McKOWN; and STEVEN MOULTON,<br><br>Defendants. | Case No. 2:21-cv-00360-JAD-DJA<br><br>The Hon. Jennifer A. Dorsey and The Hon. Daniel J. Albregts.<br><br>**STIPULATION WITHDRAWING MOTION TO EXTEND DEADLINES (ECF NO. 72) AND REMOVAL OF SAME FROM HEARING, AND REQUEST TO MOVE JANUARY 4, 2021 HEARING DATE**<br><br>**(FIRST REQUEST)**<br><br>Complaint Filed:  March 2, 2021 |

7799282v1

Pursuant to LR IA 6-1 and LR 26-3, Plaintiffs MST Management LLC; Dendary's Donuts LLC; Lyom & Greybear Lending, LLC; and Skyelee, LLC ("Plaintiffs"); Defendants Brian Pappas; Jeffrey Pappas; and Jacqueline Ball ("Pappas Defendants"); and Defendants Mark Publicover; Montiedell "Monty" Maple; Bryan Morelle; Marc Freeman; Ric McKown; and Steven Moulton ("PMMFMM Defendants" and collectively the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree that the most efficient use of judicial and party resources counsels in favor of the Court withdrawing the current Motion to Extend Deadlines ("Motion to Extend") and removing the motion from the docket of other discovery motions recently scheduled for hearing on January 4, 2022. *See* ECF 72 & 98.

In short, earlier today the Court scheduled the Motion to Extend for hearing on January 4, 2022; however, good cause and the collective interest of the parties and limited judicious resources warrant the withdrawal of the Motion to Extend from the Court's docket and removing the motion from the hearing as well. Simply put, no legitimate reason exists for the Court to hear an outdated and contested Motion to Extend arguing over the appropriateness of a ***three-month*** extension to case deadlines, when the agreed-upon stipulation the Parties filed today seeks a ***five-month*** extension of the deadlines, overtaking events and rendering the Motion to Extend moot. *See* ECF 97.

The Parties also request that the January 4, 2021 hearing be continued at least three to four weeks due to a trial setting scheduling conflict and to allow the parties time to try and resolve the discovery disputes.

The undersigned represent that this request is not designed for purposes of delay.

Dated: December 15, 2021

|   |   |
|---|---|
| 1 | Respectfully, |
| 2 | MCDONALD CARANO LLP |
| 3 | By: */s/ Jason C. McKenney* |
|   | Rory T. Kay, Esq. (NV Bar No. 12416) |
|   | Tara U. Teegarden, Esq. (NV Bar No. 15344) |
|   | 2300 West Sahara Avenue, Suite 1200 |
|   | Las Vegas, Nevada 89102 |
|   | Telephone: 702-873-4100 |
|   | Facsimile: 702-873-9966 |
|   | rkay@mcdonaldcarano.com |
|   | tteegarden@mcdonaldcarano.com |

Zach Mayer, Esq. (TX Bar No. 24013118)
(Oklahoma Bar No. 21757)
Jason C. McKenney, Esq. (TX Bar No. 24070245)
Kimberly H. Kerns, Esq. (TX Bar No. 24071217)
Mavish Bana, Esq. (TX Bar No. 2409665)
MAYER LLP
*Admitted Pro Hac Vice*
750 N. Saint Paul Street, Suite 700
Dallas, Texas 75201
Telephone: 214-379-6287
zmeyer@mayerllp.com
jmckenney@mayerllp.com
kkerns@mayerllp.com
mbana@mayerllp.com

*Attorneys for Putative Class Representative Plaintiffs MST, Management LLC, Dendary's Donut's, LLC, Lyon Greybear Lending, LLC, and Skyelee, LLC*

3

By: /s/ L. Joe Coppedge
Mushkin & Coppedge
L. Joe Coppedge (NV Bar No. 4954)
6070 S. Eastern Ave., Suite 270
Las Vegas, Nevada 89119
702.386.3999
jcoppedge@mccnvlaw.com

*Attorneys for Defendants Jeffrey Pappas, Brian Pappas and Jacqueline Ball*

By: /s/ Jennifer Tatum Lee
Connor Kudlac Lee PLLC
Cabrach Connor (TX Bar No. 24036390)
Jennifer Tatum Lee (Texas Bar No. 24046950)
Admitted Pro Hac Vice
609 Castle Ridge Road, Suite 450
Austin, Texas 78746
512.646.2060
cab@connorkudlaclee.com
jennifer@connorkudlaclee.com
john@connorkudlaclee.com
jyastic@connorkudlaclee.com

Michael A. Royal, Esq. (NV Bar No. 4370)
Gregory A. Miles, Esq., Nev. Bar No. 4336)
**ROYAL & MILES LLP**
1522 W Warm Springs Road
Henderson, NV 89014
Telephone: (702) 471-6777
Facsimile: (702) 531-6777
mroyal@royalmileslaw.com
gmiles@royalmileslaw.com

*Attorneys for Defendants Mark Publicover, Montiedell "Monty" Maple, Bryan Morelle, Marc Freeman, Ric McKown and Steven Moulton*

IT IS SO ORDERED.  The motions hearing currently scheduled for January 4, 2022 is **VACATED** and **RESET** for **February 1, 2022 at 1:30 p.m. PST**.

DATED: December 16, 2021

_____
Daniel J. Albregts
United States Magistrate Judge

4

**CERTIFICATE OF SERVICE**

I hereby certify that on this December 15, 2021, a copy of the foregoing was served upon all counsel registered on the Court's CM/ECF system, including the above identified individuals.

                                          */s/ Jason C. McKenney*
                                          A partner of Mayer LLP