Michael A. Royal, Esq., Nevada Bar No. 4370
Gregory A. Miles, Esq., Nevada Bar No. 4336
**ROYAL & MILES LLP**
1522 W Warm Springs Road
Henderson, NV 89014
Telephone: (702) 471-6777
Facsimile: (702) 531-6777
mroyal@royalmileslaw.com
gmiles@royalmileslaw.com

Cabrach J. Connor, Texas Bar No. 24036390
*Admitted Pro Hac Vice*
Jennifer Tatum Lee, Texas Bar No. 24046950
*Admitted Pro Hac Vice*
John M. Shumaker, Texas Bar No. 24033069
*Admitted Pro Hac Vice*
**CONNOR LEE & SHUMAKER PLLC**
609 Castle Ridge Road, Suite 450
Austin, Texas 78746
cab@clands.com
jennifer@clands.com
john@clands.com
*Attorneys for Defendants Mark Publicover, Montiedell "Monty" Maple, Bryan Morelle, Marc Freeman, Ric McKown and Steven Moulton*

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MST MANAGEMENT LLC; DENDARY'S DONUTS, LLC; LYON & GREYBEAR LENDING, LLC; and SKYELEE, LLC, <br><br>vs.<br><br>CHICAGO DOUGHNUT FRANCHISE COMPANY, LLC; DIVERSIFIED FRANCHISE GROUP, INC., BRIAN PAPPAS; JEFFREY PAPPAS; JACQUELINE BALL; MARK PUBLICOVER; MONTIEDELL "MONTY" MAPLE; BRYAN MORELLE; MARC FREEMAN; RIC McKOWN; and STEVEN MOULTON,<br><br>Defendants. | Case No: 2:21-cv-00360-JAD-DJA<br><br>The Hon. Jennifer A. Dorsey and The Hon. Daniel J. Albregts<br><br>**STIPULATION REQUESTING TO MOVE FEBRUARY 1, 2022 HEARING DATE**<br><br>**(SECOND REQUEST)**<br><br>Complaint File: March 2, 2021 |

Pursuant to LR IA 6-1, Plaintiffs MST Management LLC; Dendary's Donuts LLC; Lyon & Greybear Lending, LLC; and Skyelee, LLC ("Plaintiffs"); Defendants Brian Pappas; Jeffrey Pappas; and Jacqueline Ball ("Pappas Defendants"); and Defendants Mark Publicover; Montiedell "Monty" Maple; Bryan Morelle; Marc Freeman; Ric McKown; and Steven Moulton ("PMMFMM Defendants" and collectively the "Parties"), by and through their respective undersigned counsel, hereby stipulate, agree and request that the February 1, 2022 hearing on ECF 71 (Motion to Compel), ECF 76 (Motion to Adopt ESI Protocol) and ECF 79 (Motion to Compel) be continued at least four weeks due a conflicting trial setting for the PMMFMM Defendants' counsel and to allow additional time for the parties to work on resolving the issues that are the subject of the pending motions.

On January 4, 2022, the PMMFMM Defendants' counsel were informed that the jury trial in CDCA Case No. 19-cv-01805 was reset to January 26, 2022.  That trial is expected to last two weeks and conflicts with the current February 1, 2022 hearing date.  The parties agree to a continuance of the hearing date for a month and request an available hearing date as soon as practicable at the Court's convenience on or after March 1, 2022.

The undersigned represent that this request is not designed for purposes of delay.

Dated: January 7, 2022                        Respectfully,

**CONNOR LEE & SHUMAKER PLLC**

By:  /s/ Jennifer Tatum Lee
Cabrach J. Connor, Texas Bar No. 24036390
*Admitted Pro Hac Vice*
Jennifer Tatum Lee, Texas Bar No. 24046950
*Admitted Pro Hac Vice*
John M. Shumaker, Texas Bar No. 24033069
*Admitted Pro Hac Vice*

2

|   |   |
|---|---|
| 1 | Connor Lee & Shumaker PLLC |
| 2 | 609 Castle Ridge Road, Suite 450 |
|   | Austin, Texas 78746 |
| 3 |   |
| 4 | Michael A. Royal, Esq. |
|   | Nevada Bar No. 4370 |
| 5 | Gregory A. Miles, Esq. |
|   | Nevada Bar No. 4336 |
| 6 | Royal & Miles, LLP |
| 7 | 1522 W Warm Springs Road |
|   | Henderson, NV 89014 |

*Attorneys for Defendants Mark Publicover; Monitedell "Monty" Maple; Bryan Morelle; Marc Freeman; Ric McKown; and Steven Moulton*

MCDONALD CARANO LLP

By: /s/ Jason C. McKenney
Rory T. Kay, Esq. (NV Bar No. 12416)
Tara U. Teegarden, Esq. (NV Bar No. 15344)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: 702-873-4100
Facsimile: 702-873-9966
rkay@mcdonaldcarano.com
tteegarden@mcdonaldcarano.com

Zach Meyer, Esq. (TX Bar No. 24013118)
(Oklahoma Bar No. 21757)
Jason C. McKenney, Esq. (TX Bar No. 24070245)
Kimberly H. Kerns, Esq. (TX Bar No. 24071217)
Mavish Bana, Esq. (TX Bar No. 2409665)
MAYER LLP
*Admitted Pro Hac Vice*
750 N. Saint Paul Street, Suite 700
Dallas, Texas 75201
Telephone: 214-379-6287

jmckenney@mayerllp.com
kkerns@mayerllp.com
mbana@mayerllp.com

*Attorneys for Putative Class Representative Plaintiffs MST, Management LLC, Dendary's Donut's, LLC, Lyon Greybear Lending, LLC, and Skyelee, LLC*

By: */s/ Joe Coppedge*
Mushkin & Coppedge
L. Joe Coppedge (NV Bar No. 4954)
6070 S. Eastern Ave., Suite 270
Las Vegas, Nevada 89119
702.386.3999
jcoppedge@mccnvlaw.com

*Attorneys for Defendants Jeffrey Pappas, Brian Pappas and Jacqueline Ball*

IT IS SO ORDERED.  The motions hearing currently scheduled for February 1, 2022 is **VACATED** and **RESET** for T**hursday, March 3, 2022 at 1:30 p.m. PST.**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: January 10, 2022

4

**CERTIFICATE OF SERVICE**

I hereby certify that on this January 7, 2022, a copy of the foregoing was served upon all counsel registered on the Court's CM/ECF system, including the above identified individuals.

                                                   */s/ Jennifer Tatum Lee*
                                                   Jennifer Tatum Lee