Rory T. Kay, Esq. (NSBN 12416)
Tara U. Teegarden, Esq. (NSBN 15344)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: 702-873-4100
rkay@mcdonaldcarano.com
tteegarden@mcdonaldcarano.com

Jason C. McKenney, Esq. (TX Bar No. 24070245)
Kim Kerns, Esq. (TX Bar No. 24071217)
*Pro Hac Vice Applications Granted*
MAYER LLP
750 N. Saint Paul Street, Suite 700
Dallas, Texas 75201
Telephone: 214-379-6288
jmckenney@mayerllp.com
kkerns@mayerllp.com

*Attorneys for Putative Class Representative Plaintiffs
MST Management LLC, Lyon Greybear Lending, LLC,
and Skyelee, LLC and Third-Party Defendants Stephanie
Hurtado, Juan Leonardo Sanchez, Brooke Rogers Sanchez,
Celeste Steele-Rodriguez, and David Rodriquez*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MST MANAGEMENT LLC; LYON & GREYBEAR LENDING, LLC; and SKYELEE, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>CHICAGO DOUGHNUT FRANCHISE COMPANY, LLC; DIVERSIFIED FRANCHISE GROUP, INC., BRIAN PAPPAS; JEFFREY PAPPPAS; JACQUELINE BALL; MARK PUBLICOVER; MONTIEDELL "MONTY" MAPLE; BRYAN MORELLE; MARC FREEMAN; RIC McKOWN; and STEVEN MOULTON,<br><br>Defendants.<br><br>AND RELATED CLAIMS. | Case No. 2:21-cv-00360-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS AND THIRD-PARTY DEFENDANTS TO MOVE OR OTHERWISE RESPOND TO DEFENDANTS' MAPLE, PUBLICOVER, MORELLE, FREEMAN, MCKOWN, AND MOULTON'S COUNTERCLAIM AND THIRD-PARTY COMPLAINT**<br><br>**(First Request)** |

Plaintiffs MST Management LLC; Lyon & Greybear Lending, LLC; and Skyelee, LLC ("Plaintiffs") and Third-Party Defendants Stephanie Hurtado; Juan Leonardo Sanchez; Brooke

Rogers Sanchez; Celeste Steele-Rodriguez; and David Rodriquez ("Third-Party Defendants") by and through their undersigned counsel, on the one hand, and Defendants' Mark Publicover, Montiedell "Monty" Maple, Bryan Morelle, Marc Freeman, Ric McKown and Steven Moulton's (collectively, "Defendants"), by and through their undersigned counsel, on the other, for purposes of this stipulation, stipulate to extend the deadline for Plaintiffs to answer, respond, or otherwise move to dismiss the Counterclaim [ECF No. 105] from March 16, 2022 up to and including March 29, 2022.

In addition, the Counterclaim [ECF No. 105] contains a Third-Party Complaint that includes against the same claims as the Counterclaim asserted against new parties—in particular, the Third-Party Defendants. On March 8, 2022, counsel for Plaintiffs informed Defendants of their agreement to accept service of the Third-Party Complaint on behalf of the Third-Party Defendants. As of that date, Third-Party Defendants had not been served with the attendant summons Defendants obtained from the Court and with a copy of the operative Third-Party Complaint. Therefore, the twenty-one day deadline to answer, respond, or otherwise move to dismiss the Third-Party Complaint had not yet commenced. Fed. R. Civ. P. 12(a)(1)(A)(i).

This is the parties' first request to extend this deadline as the Plaintiffs require additional time to review the claims and investigate the facts. The parties have proposed a uniform deadline of March 29, 2022 Plaintiffs and Third-Party Defendants to answer, respond, or otherwise move to dismiss the substantially similar, if not identical, Counterclaim and Third-Party Complaint. Overall, this reasonable and efficient approach moves the deadline to respond to the Counterclaim back by thirteen days and sets in stone the corresponding deadline for the Third-Party Complaint, when none had previously existed. Indeed, Defendants' counterclaim and Third-Party Complaint are based on the same factual allegations and contain the same alleged causes of action; therefore, Plaintiffs and Third-Party Defendants will most likely be responded to them in a similar manner, and party and judicial resources would be conserved by taking such a unified approach.

. . .

. . .

. . .

There is no risk of prejudice to the parties. The undersigned hereby certify that this request is not made for the purpose of delay.

Dated: March 15, 2022

McDONALD CARANO LLP

By: /s/ *Rory T. Kay*
    Rory T. Kay, Esq. (NSBN 12416)
    Tara U. Teegarden, Esq. (NSBN 15344)
    2300 West Sahara Avenue, Suite 1200
    Las Vegas, Nevada 89102

MAYER LLP
Jason C. McKenney, Esq.
(TXBN 24070245)
Kim Kerns, Esq. (TXBN 24071217)
*Admitted Pro Hac Vice*
750 N. Saint Paul Street, Suite 700
Dallas, Texas 75201

*Attorneys for MST Management LLC, Dendary's Donut's, LLC, Lyon Greybear Lending, LLC, Skyelee, LLC, Celeste Steele-Rodriguez and David Rodriguez and Third-Party Defendants Stephanie Hurtado, Juan Leonardo Sanchez, Brooke Rogers Sanchez, Celeste Steele-Rodriguez, and David Rodriquez*

Dated: March 15, 2022

MUSHKIN & COPPEDGE

By: */s/ L. Joe Coppedge*
    L. Joe Coppedge (NVBN 4954)
    6070 S. Eastern Ave., Suite 270
    Las Vegas, Nevada 89119
    jcoppedge@mccnvlaw.com

*Attorneys for Defendants Jeffrey Pappas, Brian Pappas and Jacqueline Ball*

Dated: March 15, 2022

ROYAL & MILES LLP

By: */s/ Michael A. Royal*
    Michael A. Royal, Esq. (NSBN 4370)
    Gregory A. Miles, Esq. (NSBN 4336)
    1522 W. Warm Springs Road
    Henderson, Nevada 89014

CONNOR LEE & SHUMAKER PLLC
Cabrach J. Connor, Esq. (TXBN 24036390)
Jennifer Tatum Lee, Esq. (TXBN 24046950)
John M. Shumaker, Esq. (TXBN 24033069)
*Admitted Pro Hac Vice*
609 Castle Ridge Road, Suite 450
Austin, Texas 78746

*Attorneys for Mark Publicover, Montiedell "Monty" Maple, Bryan Morelle, Marc Freeman, Ric McKown and Steven Moulton*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 17, 2022