UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MST Management, LLC, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Chicago Doughnut Franchise Company, LLC, et al.,<br><br>　　　　　Defendants.<br><br>And all related claims. | Case No. 2:21-cv-00360-JAD-DJA<br><br>**Order** |

Defendants Bryan Morelle, Marc Freeman, Ric McKown, and Montiedell "Monty" Maple's counsel—Michael A. Royal, Gregory A. Miles, Cabrach J. Connor, Jennifer Tatum Lee, and John M. Shumaker (collectively, "Counsel")—have moved to withdraw, explaining that Defendants Morelle, Freeman, McKown, and Maple have decided to represent themselves in this matter. (ECF No. 126).  Counsel explain that they will continue to represent Defendants Mark Publicover and Steve Moulton. (*Id.* at 5). Counsel add that they will serve notice of the motion to withdraw on the affected clients and opposing counsel "pursuant to the certificate of service attached herein." (*Id.* at 2). However, counsel does not list the affected clients on the certificate of service.

Under Local Rule ("LR") IA 11-6(b), "[i]f an attorney seeks to withdraw after appearing in a case, the attorney must file a motion or stipulation and serve it on the affected client and opposing counsel." LR IA 11-6(b). "The affected client may, but is not required to, file a response to the attorney's motion within 14 days of the filing of the motion." LR IA 11-6(b). The Court finds that Counsel has met the requirements of LR IA 11-6(b) except for including a certificate of service with Morelle, Freeman, McKown, and Maple's last known addresses. The Court nonetheless grants the motion because Counsel indicate that Morelle, Freeman, McKown,

and Maple have expressed their desire to proceed *pro se*. Counsel is thus directed to serve a copy of the motion and this order on Morelle, Freeman, McKown, and Maple.

**IT IS THEREFORE ORDERED** that Counsel's motion to withdraw (ECF No. 126) is **granted**. The Clerk of Court is kindly directed to add Bryan Morelle, Marc Freeman, Ric McKown, and Montiedell "Monty" Maple's last known addresses to the civil docket and send a copy of this order to them.

**Bryan Morelle**
5 Augusta Course Ave
Las Vegas, NV 89148
Phone: (315) 725-4767
Email: bmorelle@thedapperdoughnut.com

**Marc Freeman**
PO Box 2200
Fairfield, IA 52556
Phone: (917) 669-7251
Email: marc108@icloud.com

**Ric McKown**
262 Alder Point
Colorado Springs, CO 80904
Phone: (408) 750-4946
Email: ricmckown@pacbell.net

**Montiedell "Monty" Maple**
2536 New Salem Ave.
Henderson, NV 89052
Phone: (702) 927-8050
Email: mdm55@mac.com

**IT IS FURTHER ORDERED** that Counsel shall serve a copy of the motion to withdraw and a copy of this order on Bryan Morelle, Marc Freeman, Ric McKown, and Montiedell "Monty" Maple.

**IT IS FURTHER ORDERED** that Bryan Morelle, Marc Freeman, Ric McKown, and Montiedell "Monty" Maple must advise the Court whether they will retain new counsel or proceed *pro se* by **Wednesday, May 4, 2022.**

DATED: April 4, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE