Michael A. Royal, Esq., Nevada Bar No. 4370
Gregory A. Miles, Esq., Nevada Bar No. 4336
**ROYAL & MILES LLP**
1522 W Warm Springs Road
Henderson, NV 89014
Telephone: (702) 471-6777
Facsimile: (702) 531-6777
mroyal@royalmileslaw.com
gmiles@royalmileslaw.com

*Counsel continued on the next page*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MST MANAGEMENT LLC; DENDARY'S DONUTS, LLC; LYON & GREYBEAR LENDING, LLC; and SKYELEE, LLC, | Case No: 2:21-cv-00360-CDS-DJA |
| Plaintiffs/Counterdefendants | **AMENDED JOINT STIPULATION TO STAY ALL DEADLINES** |
| vs. | |
| CHICAGO DOUGHNUT FRANCHISE COMPANY, LLC; DIVERSIFIED FRANCHISE GROUP, INC., BRIAN PAPPAS; JEFFREY PAPPAS; JACQUELINE BALL; MARK PUBLICOVER; MONTIEDELL "MONTY" MAPLE; BRYAN MORELLE; MARC FREEMAN; RIC McKOWN; and STEVEN MOULTON, | |
| Defendants/Counterclaimants. | |
| THIRD-PARTY DEFENDANTS STEPHANIE HURTADO, JUAN LEONARDO SANCHEZ, BROOKE ROGERS SANCHEZ, CELESTE STEELE, AND DAVID RODRIGUEZ | |
| Third-Party Defendants. | |

Cabrach J. Connor, Texas Bar No. 24036390
*Admitted Pro Hac Vice*
Jennifer Tatum Lee, Texas Bar No. 24046950
*Admitted Pro Hac Vice*
John M. Shumaker, Texas Bar No. 24033069
*Admitted Pro Hac Vice*
**CONNOR LEE & SHUMAKER PLLC**
609 Castle Ridge Road, Suite 450
Austin, Texas 78746
cab@clands.com
jennifer@clands.com
john@clands.com

*Attorneys for Defendants Mark Publicover and Steven Moulton*

All Parties have executed a binding term sheet and have settled in principle all matters in controversy between them. The Parties respectfully request the Court extend the stay of all outstanding deadlines contained in the Plaintiffs' and Defendants' Joint Stipulation to Extend Case Deadlines (ECF No. 99) for an additional fifteen (15) days to allow the Parties to continue to work on settlement and dismissal papers.

Submitted this 12th day of August, 2022

By: */s/ Cabrach Connor*

Cabrach J. Connor, Texas Bar No. 24036390
*Admitted Pro Hac Vice*
Jennifer Tatum Lee, Texas Bar No. 24046950
*Admitted Pro Hac Vice*
John M. Shumaker, Texas Bar No. 24033069
*Admitted Pro Hac Vice*
**CONNOR LEE & SHUMAKER PLLC**
609 Castle Ridge Road, Suite 450
Austin, Texas 78746

Michael A. Royal, Esq.
Nevada Bar No. 4370
Gregory A. Miles, Esq.
Nevada Bar No. 4336
**ROYAL & MILES, LLP**
1522 W Warm Springs Road
Henderson, NV 89014

*Attorneys for Defendants Mark Publicover and Steven Moulton*

By: */s/ Jason C. McKenney*

Rory T. Kay, Esq. (NV Bar No. 12416)
Tara U. Teegarden, Esq. (NV Bar No. 15344)
**McDONALD CARANO LLP**
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: 702-873-4100
Facsimile: 702-873-9966
rkay@mcdonaldcarano.com
tteegarden@mcdonaldcarano.com

Zach Meyer, Esq. (TX Bar No. 24013118)
(Oklahoma Bar No. 21757)
Jason C. McKenney, Esq. (TX Bar No. 24070245)
Kimberly H. Kerns, Esq. (TX Bar No. 24071217)
**MAYER LLP**
Admitted Pro Hac Vice
750 N. Saint Paul Street, Suite 700
Dallas, Texas 75201
Telephone: 214-379-6287
zmayer@mayerlllp.com
jmckenney@mayerllp.com
kkerns@mayerllp.com

*Attorneys for Putative Class Representative Plaintiffs MST, Management LLC, Dendary's Donut's, LLC, Lyon Greybear Lending, LLC, and Skyelee, LLC and Third-Party Defendants Stephanie Hurtado, Juan Leonardo Sanchez, Brooke Rogers Sanchez, Celeste Steele, and David Rodriguez*

By: */s/ L. Joe Coppedge*

Michael R. Mushkin, Esq.
Nevada Bar 2421
L. Joe Coppedge, Esq.
Nevada Bar No. 4954
6070 South Eastern Ave., Ste. 270
Las Vegas, NV 89119

*Attorneys for Defendants Brian Pappas, Jeffrey Pappas and Jacqueline Ball*

By: */s/ Monty Maple*

3

Monty Maple, *pro se*
2536 New Salem Ave
Henderson, NV. 89052
Mdm55@mac.com
702-927-8050

By: /s/ Ric McKown

Ric McKown, *pro se*
2620 Alder Point
Colorado Springs, CO 80904
ricmckown@pacbell.net
408.750.4946

By: /s/ Marc Freeman

Marc Freeman, *pro se*
PO Box 2200
Fairfield, IA 52556
marc108@icloud.com
917-669-7251

By: /s/ Bryan Morelle

Bryan Morelle, *pro se*
5 Augusta Course Ave
Las Vegas, NV 89148
bmorelle@thedapperdoughnut.com
315-725-4767

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:  August 18, 2022

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of August 2022, I served a true and correct copy of the foregoing **AMENDED JOINT STIPULATION TO STAY ALL DEADLINES** by electronic mail and by electronically filing said document with the Clerk of the Court by using CM/ECF service, which provides copies of said court filing to all counsel of record registered to receive CM/ECF notification and via email and by placing copies in the U.S. Mail, postage pre-paid to all *pro se* Defendants:

| | |
|---|---|
| Rory T. Kay<br>Tara U. Teegarden<br>McDONALD CARANO LLP<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br><br>Zach Mayer, Esq. (Pro Hac Vice)<br>Jason C. McKenney (Pro Hac Vice)<br>Kim Kearns (Pro Hac Vice)<br>MAYER LLP<br>750 N. Saint Paul Street, Suite 700<br>Dallas, Texas 75201<br><br>*Attorneys for Plaintiffs MST, Management LLC, Dendary's Donut's, LLC, Lyon Greybear Lending, LLC, and Skyelee, LLC and Third-Party Defendants Stephanie Hurtado, Juan Leonardo Sanchez, Brooke Rogers Sanchez, Celeste Steele, and David Rodriguez*<br><br>Cabrach Connor<br>Jennifer Tatum Lee<br>Connor Lee & Shumaker PLLC<br>609 Castle Ridge Road Suite 450<br>Austin, Texas 78746<br><br>*Attorneys for Defendants Publicover and Moulton* | Michael R. Mushkin<br>L. Joe Coppedge<br>MUSHKIN & COPPEDGE<br>6070 S. Eastern Ave., Suite 270<br>Las Vegas, Nevada 89119<br>*Attorney for Defendants Jeffrey Pappas, Brian Pappas and Jacqueline Ball*<br><br>Monty Maple, *pro se*<br>2536 New Salem Ave<br>Henderson, NV. 89052<br>mdm55@mac.com<br>702-927-8050<br><br>Ric McKown, *pro se*<br>2620 Alder Point<br>Colorado Springs, CO 80904<br>ricmckown@pacbell.net<br>408.750.4946<br><br>Marc Freeman, *pro se*<br>PO Box 2200<br>Fairfield, IA 52556<br>marc108@icloud.com<br>917-669-7251<br><br>Bryan Morelle, *pro se*<br>5 Augusta Course Ave<br>Las Vegas, NV 89148<br>bmorelle@thedapperdoughnut.com<br>315-725-4767 |

                                    */s/ Jason C. McKenney*
                                    Jason C. McKenney