Michael A. Royal, Esq., Nevada Bar No. 4370
Gregory A. Miles, Esq., Nevada Bar No. 4336
**ROYAL & MILES LLP**
1522 W Warm Springs Road
Henderson, NV 89014
Telephone: (702) 471-6777
Facsimile: (702) 531-6777
mroyal@royalmileslaw.com
gmiles@royalmileslaw.com

*Counsel continued on the next page*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MST MANAGEMENT LLC; DENDARY'S DONUTS, LLC; LYON & GREYBEAR LENDING, LLC; and SKYELEE, LLC, <br><br> vs. <br><br> CHICAGO DOUGHNUT FRANCHISE COMPANY, LLC; DIVERSIFIED FRANCHISE GROUP, INC., BRIAN PAPPAS; JEFFREY PAPPAS; JACQUELINE BALL; MARK PUBLICOVER; MONTIEDELL "MONTY" MAPLE; BRYAN MORELLE; MARC FREEMAN; RIC McKOWN; and STEVEN MOULTON, <br>           Defendants/Counterclaimants. <br><br> THIRD-PARTY DEFENDANTS STEPHANIE HURTADO, JUAN LEONARDO SANCHEZ, BROOKE ROGERS SANCHEZ, CELESTE STEELE, AND DAVID RODRIGUEZ <br><br>           Third-Party Defendants. | Case No:  2:21-cv-00360-CDS-DJA <br><br> **AMENDED JOINT STIPULATION TO STAY ALL DEADLINES** |

Cabrach J. Connor, Texas Bar No. 24036390
*Admitted Pro Hac Vice*
Jennifer Tatum Lee, Texas Bar No. 24046950
*Admitted Pro Hac Vice*
John M. Shumaker, Texas Bar No. 24033069
*Admitted Pro Hac Vice*
**CONNOR LEE & SHUMAKER PLLC**
609 Castle Ridge Road, Suite 450
Austin, Texas 78746
cab@clands.com
jennifer@clands.com
john@clands.com
*Attorneys for Defendants Mark Publicover and Steven Moulton*

All Parties have executed a binding term sheet and have settled in principle all matters in controversy between them. The Parties respectfully request that the Court extend the stay of all unreached deadlines contained in the Plaintiffs' and Defendants' Joint Stipulation to Extend Case Deadlines (ECF No. 99) for an additional thirty (30) days as they continue to work on settlement and dismissal papers (which was delayed by counsel's absence due to COVID-19).

Submitted this 29th day of August, 2022

By: */s/ Cabrach Connor*

Cabrach J. Connor, Texas Bar No. 24036390
*Admitted Pro Hac Vice*
Jennifer Tatum Lee, Texas Bar No. 24046950
*Admitted Pro Hac Vice*
John M. Shumaker, Texas Bar No. 24033069
*Admitted Pro Hac Vice*
**CONNOR LEE & SHUMAKER PLLC**
609 Castle Ridge Road, Suite 450
Austin, Texas 78746

Michael A. Royal, Esq.
Nevada Bar No. 4370
Gregory A. Miles, Esq.
Nevada Bar No. 4336
**ROYAL & MILES, LLP**
1522 W Warm Springs Road
Henderson, NV 89014

*Attorneys for Defendants Mark Publicover and Steven Moulton*

By: /s/ Jason McKenney

Rory T. Kay, Esq. (NV Bar No. 12416)
Tara U. Teegarden, Esq. (NV Bar No. 15344)
**McDONALD CARANO LLP**
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: 702-873-4100
Facsimile: 702-873-9966
rkay@mcdonaldcarano.com
tteegarden@mcdonaldcarano.com

Zach Meyer, Esq. (TX Bar No. 24013118)
(Oklahoma Bar No. 21757)
Jason C. McKenney, Esq. (TX Bar No. 24070245)
Kimberly H. Kerns, Esq. (TX Bar No. 24071217)
**MAYER LLP**
Admitted Pro Hac Vice
750 N. Saint Paul Street, Suite 700
Dallas, Texas 75201
Telephone: 214-379-6287
zmayer@mayerlllp.com
jmckenney@mayerllp.com
kkerns@mayerllp.com

*Attorneys for Putative Class Representative Plaintiffs MST, Management LLC, Dendary's Donut's, LLC, Lyon Greybear Lending, LLC, and Skyelee, LLC and Third-Party Defendants Stephanie Hurtado, Juan Leonardo Sanchez, Brooke Rogers Sanchez, Celeste Steele, and David Rodriguez*

By: /s/ L. Joe Coppedge

Michael R. Mushkin, Esq.
Nevada Bar 2421
L. Joe Coppedge, Esq.
Nevada Bar No. 4954
6070 South Eastern Ave., Ste. 270
Las Vegas, NV 89119

*Attorneys for Defendants Brian Pappas, Jeffrey Pappas and Jacqueline Ball*

By: /s/ Monty Maple

Monty Maple, *pro se*

3

```
                                        2536 New Salem Ave
                                        Henderson, NV. 89052
                                        Mdm55@mac.com
                                        702-927-8050

                                    By: /s/ Ric McKown

                                        Ric McKown, pro se
                                        2620 Alder Point
                                        Colorado Springs, CO 80904
                                        ricmckown@pacbell.net
                                        408.750.4946

                                    By: /s/ Marc Freeman

                                        Marc Freeman, pro se
                                        PO Box 2200
                                        Fairfield, IA 52556
                                        marc108@icloud.com
                                        917-669-7251

                                    By: /s/ Bryan Morelle

                                        Bryan Morelle, pro se
                                        5 Augusta Course Ave
                                        Las Vegas, NV 89148
                                        bmorelle@thedapperdoughnut.com
                                        315-725-4767
```

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE


DATED: August 30, 2022.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of August 2022, I served a true and correct copy of the foregoing **AMENDED JOINT STIPULATION TO STAY ALL DEADLINES** by electronic mail and by electronically filing said document with the Clerk of the Court by using CM/ECF service, which provides copies of said court filing to all counsel of record registered to receive CM/ECF notification and via email and by placing copies in the U.S. Mail, postage pre-paid to all *pro se* Defendants:

Rory T. Kay
Tara U. Teegarden
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102

Jason C. McKenney, Esq. (Pro Hac Vice)
Kim Kearns, Esq. (Pro Hac Vice)
Mavish Bana, Esq. (Pro Hac Vice)
Zach Mayer, Esq. (Pro Hac Vice)
MAYER LLP
750 N. Saint Paul Street, Suite 700
Dallas, Texas 75201

*Attorneys for Putative Class Representative Plaintiffs MST, Management LLC, Dendary's Donut's, LLC, Lyon Greybear Lending, LLC, and Skyelee, LLC and Third-Party Defendants Stephanie Hurtado, Juan Leonardo Sanchez, Brooke Rogers Sanchez, Celeste Steele, and David Rodriguez*

Michael R. Mushkin
L. Joe Coppedge
MUSHKIN & COPPEDGE
6070 S. Eastern Ave., Suite 270
Las Vegas, Nevada 89119
*Attorney for Defendants Jeffrey Pappas, Brian Pappas and Jacqueline Ball*

Monty Maple, *pro se*
2536 New Salem Ave
Henderson, NV. 89052
mdm55@mac.com
702-927-8050

Ric McKown, *pro se*
2620 Alder Point
Colorado Springs, CO 80904
ricmckown@pacbell.net
408.750.4946

Marc Freeman, *pro se*
PO Box 2200
Fairfield, IA 52556
marc108@icloud.com
917-669-7251

Bryan Morelle, *pro se*
5 Augusta Course Ave
Las Vegas, NV 89148
bmorelle@thedapperdoughnut.com
315-725-4767

*/s/ Cabrach Connor*
Cabrach Connor