# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MST MANAGEMENT LLC; DENDARY'S DONUTS, LLC; LYON & GREYBEAR LENDING, LLC; and SKYELEE, LLC,<br><br>Plaintiffs/Counterdefendants<br><br>vs.<br><br>CHICAGO DOUGHNUT FRANCHISE COMPANY, LLC; DIVERSIFIED FRANCHISE GROUP, INC., BRIAN PAPPAS; JEFFREY PAPPAS; JACQUELINE BALL; MARK PUBLICOVER; MONTIEDELL "MONTY" MAPLE; BRYAN MORELLE; MARC FREEMAN; RIC McKOWN; and STEVEN MOULTON,<br><br>Defendants/Counterclaimants<br><br>THIRD-PARTY DEFENDANTS STEPHANIE HURTADO, JUAN LEONARDO SANCHEZ, BROOKE ROGERS SANCHEZ, CELESTE STEELE, AND DAVID RODRIGUEZ<br><br>Third-Party Defendants | Case No: 2:21-cv-00360-CDS-DJA<br><br>**ORDER DISMISSING CLAIMS IN PART WITH PREJUDICE AND IN PART WITHOUT PREJUDICE AND VACATING HEARING SET FOR DECEMBER 21, 2022 AT 10:00 A.M.**<br><br>[ECF Nos. 122, 140, 155] |

CAME ON THIS DAY for consideration of the Joint Motion to Dismiss Claims Pursuant to Fed. R. Civ. P. 41 in this case and motion to vacate hearing, and the Court being of the opinion that said motion [ECF No. 155] should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims, counterclaims, and third-party claims that are asserted or that could have been asserted by any of the parties, Plaintiffs MST Management LLC, Lyon & Greybear Lending, LLC, and Skylee, LLC and Third-Party Defendants Stephanie Hurtado, Juan Leonardo Sanchez, Brooke Rogers Sanchez, Celeste Steele, and David Rodriguez, Defendants Chicago Doughnut Franchise Company, LLC, Diversified Franchise Group, Inc., Brian Pappas, Jeffrey Pappas, Jacqueline Ball, Mark Publicover, Montiedell "Monty" Maple, Bryan Morelle, Marc Freeman, Ric McKown, and Steven Moulton, in any capacity including individually, personally, or as a representative, agent, member, or owner of their respective entities are hereby dismissed WITH PREJUDICE, subject to the terms of that certain agreement titled "<u>FINAL SETTLEMENT AND RELEASE AGREEMENT</u>" dated December 20, 2022.

ORDERED, ADJUDGED AND DECREED that Plaintiffs/Counterdefendants' ability or right to bring class and/or subclass claims pursuant to Fed. R. Civ. P. 23 that are asserted or that could have been asserted in this action WITH PREJUDICE.

ORDERED, ADJUDGED AND DECREEED that all uncertified or putative class and/or subclass claims that are asserted or that could have been asserted in this action pursuant to Fed. R. Civ. P. 23, and all claims that are asserted or that could have been asserted in this action by any absent or putative class member, are hereby dismissed WITHOUT PREJUDICE.

It is further ORDERED that all costs, expenses, and attorneys' fees are to be borne by the party that incurred them.

It is further ORDERED that the December 21, 2022 hearing set for 10:00 A.M. (ECF No. 154) is VACATED. It is further ORDERED that the motions to dismiss [ECF Nos. 122, 140] are denied as moot. The Clerk of Court is directed to CLOSE THIS CASE.

SIGNED this 20th day of December, 2022.

_____
THE HONORABLE CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE